**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02377-REB-KMT

LESTER WILLIAMS,

    Plaintiff,

v.

PHILIP ARAGON,
LOU ARCHULETA,
MARY CARLSON,
JAMES COOPER,
STEVEN HAGER,
PAUL HOLLENBECK
KRISTIN WATT, and
JOHN DOE, individual employees of the Colorado Department of Corrections
RICHARD LALONDE, and
JAMES MARKUM,  individual employees of Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado; and
COMMUNITY EDUCATION CENTERS, INC, d/b/a CHEYENNE MOUNTAIN REENTRY CENTER in Colorado Springs, Colorado

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order re: Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on 9/29/2014 it is ORDERED:   That judgment with prejudice **SHALL ENTER** on behalf of defendants, Philip Aragon, Lou Archuleta, Mary Carlson, James Cooper, Steven Hager, Paul Hollenbeck, Kristin Watt, John Doe, Richard LaLonde, James Markum, and Community Education Centers, Inc., d/b/a

Cheyenne Mountain Re-Entry Center, against plaintiff, Lester Williams, on plaintiff's First and Second Claims for Relief under 42 U.S.C. § 1983. That judgment without prejudice **SHALL ENTER** on behalf of defendants, Richard LaLond, James Markum, and Community Education Centers, Inc., d/b/a Cheyenne Mountain Re-Entry Center, against plaintiff, Lester Williams, on plaintiff's Third Claim for Relief, alleging a state law claim of negligence.

Dated at Denver, Colorado this 30th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  T.Lee

T.Lee
Deputy Clerk